Karston KEELEN, Plaintiff–Appellant,

v.

Shannon DEMAR, and cell entry team; Unknown Health Care Provider; Unknown Medical Center; Unknown Warden, Defendants–Appellees.

No. 03–30125.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Aug. 11, 2003.

Before REAVLEY, JONES and PRADO, Circuit Judges.

PER CURIAM.*

Karston Keelen appeals from the dismissal of his 42 U.S.C. § 1983 action for failure to properly exhaust his prison remedies. A pending administrative grievance is not considered exhausted, *See Wendell v. Asher*, 162 F.3d 887, 890 (5th Cir.1998), and Keelen has failed to show that the exhaustion requirement should be excused. Accordingly, the district court did not err in dismissing Keelen's lawsuit, and the decision of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.